1
2
3
4                     **UNITED STATES DISTRICT COURT**
5                              **DISTRICT OF NEVADA**
6
7   ELMA HENDERSON,                           )
                                              )
8              Plaintiff,                     )   Case No.  2:16-cv-01837-JAD-CWH
                                              )
9   vs.                                       )   **ORDER**
                                              )
10  CHERYL BETH HUGHES, et al.,               )
                                              )
11             Defendants.                    )
                                              )
12

13         On September 21, 2016, this court issued an order (ECF No. 29) granting Defendant
14  Thomas Hughes permission to file electronically in this matter, on his own behalf.  The court now
15  supplements that order with the following instructions.
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

IT IS ORDERED that pursuant to this court's order (ECF No. 29) granting permission to Defendant Thomas Hughes to file electronically in this matter, Defendant must comply with the following procedures to activate his CM/ECF account:

(1) By **October 31, 2016**, Defendant must file a written certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are available on the court's website, www.nvd.uscourts.gov. Defendant is advised that he is not authorized to file electronically unless this certification is filed with the court within the time frame specified.

(2) After timely filing the certification, Defendant must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED: September 30, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**