# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ELMA HENDERSON, | ) | Case No. 2:16-cv-01837-JAD-CWH |
| Plaintiff, | ) | |
| v. | ) | |
| THOMAS ROBERT HUGHES, et al, | ) | **ORDER** |
| Defendants. | ) | |

Presently before the Court is Plaintiff's proposed discovery plan and scheduling order (ECF No. 61), filed on November 7, 2016.  Upon review, the parties have not agreed on a discovery plan. In the interest of judicial economy, the court will require the parties to meet and confer and file a revised discovery plan and scheduling order.

IT IS THEREFORE ORDERED that Plaintiff's proposed discovery plan and scheduling order (ECF No. 61) is DENIED without prejudice.

IT IS FURTHER ORDERED that the parties meet and confer and file a revised discovery plan and scheduling order no later than November 21, 2016.

DATED: November 8, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1