# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ELMA HENDERSON,

    Plaintiff,

v.

THOMAS ROBERT HUGHES, et al,

    Defendants.

Case No. 2:16-cv-01837-JAD-CWH

**ORDER**

Presently before the Court is Plaintiff's motion for extension of scheduling order (ECF No. 150), filed on April 24, 2017. Pro se Defendant Thomas Robert Hughes filed a response (ECF No. 151) on May 7, 2017. The other named Defendants in this case did not file a response. Plaintiff did not file a reply.

Plaintiff requests an extension of 120 days to deadlines established in the Court's prior scheduling order (ECF No. 150), citing the late start of discovery due to a number of preliminary motions filed. In his response, Defendant Hughes does not object to the extension requested by Plaintiff. As the other Defendants did not file a response, the extension is unopposed. Good cause being shown, the Court will grant the motion.

In his response, Defendant Hughes also attaches a letter to Plaintiff in which he proposes certain other scheduling changes, and requests that these suggestions be incorporated into his response. However, it is not this Court's practice to consider requests that are not made in a motion or other brief addressed to the Court.

//
//
//
//
//

IT IS THEREFORE ORDERED that Plaintiff's motion for extension of scheduling order (ECF No. 150) is GRANTED. Remaining discovery shall proceed according to the following schedule:

| | |
|---|---|
| Expert disclosure deadline: | August 29, 2017 |
| Rebuttal expert disclosure deadline: | September 28, 2017 |
| Adding or amending pleadings deadline: | October 3, 2017 |
| Discovery deadline: | November 2, 2017 |
| Deadline for parties to reconsider ADR: | November 30, 2017 |
| Dispositive motions deadline: | December 2, 2017 |
| Joint Pretrial Order deadline: | January 2, 2018 (or 30 days after a decision is announced for any dispositive motions) |

DATED: May 18, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

2