Stephen K. Christiansen
(Nev. Bar No. 11081)
311 S. State, Ste. 250
Salt Lake City, Utah 84111
Telephone: 801.716.7016
Facsimile: 801.716.7017
steve@skclawfirm.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| ELMA HENDERSON, an individual, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) **STIPULATION REGARDING**<br>) **SERVICE OF SECOND AMENDED**<br>) **COMPLAINT** |
| THOMAS ROBERT HUGHES a/k/a T.R. HUGHES a/k/a BOB HUGHES, individually and doing business as certain entities named herein and as putative trustee of NORTHSTAR GLOBAL BT and the ODIN STATUTORY TRUST; LAKE W HOLDINGS, INC.; WESTERN GOLD COMPANY, LLC; COLINDO MINERALS, LLC; COLINDO, LTD.; FRANK A. FINNERTY, as putative trustee of the COLINDO TRUST and as putative trustee of the BOB CREEK TRUST; BCT HOLDINGS LLC; GECT HOLDINGS, INC.; COLTEN METALS, LLC; PACIFIC WESTERN CAPITAL, INC.; MISSION MINING COMPANY; CHERYL BETH HUGHES; and DOES 1-100, | )<br>)<br>) Case No. 2:16-cv-01837-JAD-CWH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

Colten Metals LLC and Lake W Holdings LLC, through counsel, hereby stipulate and agree with plaintiff Elma Henderson that the Second Amended Complaint will be deemed properly served upon them the second business day after it is filed via the Court's CM/ECF system.

DATED this 23rd day of May, 2017.

STEPHEN K. CHRISTIANSEN, ATTORNEY AT LAW

By: /s/ Stephen K. Christiansen
Stephen K. Christiansen
*Attorney for Plaintiff*

STIPULATED:

DATED this 23rd day of May, 2017.

S. FRANK STAPLETON

By: /s/ S. Frank Stapleton
S. Frank Stapleton
*Attorney for Colten Metals LLC and Lake W Holdings LLC*
*(E-signature added by e-filer with authorization)*

IT IS SO ORDERED.

DATED: May 24, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of May, 2017, I caused a true and correct copy of the within and foregoing pleading to be served electronically upon all counsel of record via the Court's CM/ECF system.

/s/ Stephen K. Christiansen