# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ELMA HENDERSON,                                )          Case No. 2:16-cv-01837-JAD-CWH
                                               )
       Plaintiff,                          )
                                               )
    v.                                       )
                                               )
THOMAS ROBERT HUGHES, et al,                   )          **ORDER**
                                               )
       Defendants.                         )
                                               )
_____        )

      Presently before the Court is Plaintiff Elma Henderson's motion for leave to file supplemental memorandum (ECF No. 195), filed on August 11, 2017. Plaintiff seeks leave to file a supplemental brief in support of her motion for alternative service (ECF No. 170). Upon review, the Court finds good cause to consider the brief.

      IT IS THEREFORE ORDERED that Plaintiff's motion for leave to file supplemental memorandum (ECF No. 195) is GRANTED. The Clerk shall file the proposed supplement (ECF No. 195-1).

      IT IS FURTHER ORDERED that any response to the supplement is due no later than August 21, 2017.

      DATED: August 11, 2017

                                      _____
                                      C.W. Hoffman, Jr.
                                      United States Magistrate Judge