# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELMA HENDERSON, | Case No. 2:16-cv-01837-JAD-CWH |
| Plaintiff, | |
| v. | |
| THOMAS ROBERT HUGHES, et al., | **ORDER** |
| Defendants. | |

On November 13, 2017, the Court received notice (ECF No. 209) that mail sent to Defendants' attorney Samuel Frank Stapleton has been returned as undeliverable. Under Local Rule IA 3-1, an attorney must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney.

IT IS THEREFORE ORDERED that attorney Samuel Frank Stapleton must provide notice of his current mailing address no later than November 25, 2017.

DATED: November 15, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1