Stephen K. Christiansen
(Nev. Bar No. 11081)
311 S. State, Ste. 250
Salt Lake City, Utah 84111
Telephone: 801.716.7016
Facsimile: 801.716.7017
steve@skclawfirm.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| ELMA HENDERSON, an individual, | |
| Plaintiff, | |
| vs. | **ORDER OF SERVICE BY PUBLICATION ON DEFENDANT FRANK A. FINNERTY AS TRUSTEE** |
| THOMAS ROBERT HUGHES a/k/a T.R. HUGHES a/k/a BOB HUGHES, individually and doing business as certain entities named herein and as putative trustee of NORTHSTAR GLOBAL BT and the ODIN STATUTORY TRUST; LAKE W HOLDINGS LLC; WESTERN GOLD COMPANY, LLC; COLINDO, LTD.; FRANK A. FINNERTY, as putative trustee of the COLINDO TRUST and as putative trustee of the BOB CREEK TRUST; BCT HOLDINGS LLC; COLTEN METALS LLC; MISSION MINING COMPANY; CHERYL BETH HUGHES; CBH CONSULTING LLC; and DOES 1-100, | Case No. 2:16-cv-01837-JAD-CWH |
| Defendants. | |

FOR GOOD CAUSE APPEARING, and based upon plaintiff's *Ex Parte* Verified Motion for Alternative Service of Process (ECF No. 170), the Court's Order thereon entered October 17, 2017 (ECF No. 202), the plaintiff's Affidavit of Due Diligence filed November 7, 2017 (ECF

No. 205), and the Court's Minute Entry of November 17, 2017 (ECF No. 216), the Court hereby ORDERS service by publication as follows:

Plaintiff shall serve the Colindo Trust and the Bob Creek Trust by serving Frank A. Finnerty in his capacity as trustee for each of these trusts via publication. Plaintiff shall cause the substance of a summons to be published in the *Nevada Legal News* and the *Reno Gazette-Journal*, general-circulation newspapers serving southern and northern Nevada respectively,[1] on one day each week for four (4) successive weeks, to be completed by January 31, 2018. The summons shall require a response to the Second Amended Complaint (ECF No. 155), which is the currently governing pleading. Service shall be complete upon the completion of the fourth publication. The substance of the summons to be published shall contain the caption of this case and shall read in substantive part as follows (which language tracks in substantive part the language of a summons issued by the Clerk of Court and provides additional information):

> To FRANK A. FINNERTY, as putative trustee of the COLINDO TRUST and as putative trustee of the BOB CREEK TRUST: A lawsuit has been filed against you. By no later than February 28, 2018, you must serve on the plaintiff an answer to the Second Amended Complaint filed June 19, 2017, or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are: Stephen K. Christiansen, 311 S. State, Ste. 250, Salt Lake City, UT 84111. If you fail to respond, judgment by default will be entered against you for the relief demanded in the Second Amended Complaint. You must also file your answer or motion with the court. A copy of the Second Amended Complaint may be obtained from the plaintiff's attorney or from the Clerk of the United States District Court for the District of Nevada, Southern Division.

IT IS SO ORDERED.

DATED: November 28, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] *See* https://www.nevadalegalnews.com/company/index.php; http://static.rgj.com/about-us/.