# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ELMA HENDERSON,

    Plaintiff,

v.

THOMAS ROBERT HUGHES, et al.,

    Defendants.

Case No. 2:16-cv-01837-JAD-CWH

**ORDER**

Presently before the Court is Plaintiff Elma Henderson's motion for extension of scheduling order dates (ECF No. 226), filed on February 5, 2018. No response has been filed.

Under Local Rule 7-2(d), the "failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." As no opposition has been filed, the Court will grant Plaintiff's motion.

IT IS THEREFORE ORDERED that Plaintiff's motion for extension of scheduling order dates (ECF No. 226) is GRANTED. Discovery deadlines in this case shall be amended as follows:

| | |
|---|---|
| Expert disclosures: | June 26, 2018 |
| Rebuttal expert disclosures: | July 25, 2018 |
| Pleading amendment: | July 31, 2018 |
| Discovery deadline: | August 29, 2018 |
| Dispositive motions: | September 28, 2018 |
| Joint Pretrial Order: | October 30, 2018 |

DATED: February 27, 2018

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1