# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ELMA HENDERSON,

    Plaintiff,

v.

THOMAS ROBERT HUGHES,

    Defendant.

Case No. 2:16-cv-01837-JAD-CWH

**ORDER**

Presently before the Court is Plaintiff's motion to compel (ECF No. 235), filed on February 28, 2018. No party has filed a response.

Under Local Rule 7-2(d), the "failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." As no response has been filed, the Court will grant the motion.

IT IS THEREFORE ORDERED that Plaintiff's motion to compel (ECF No. 235) is GRANTED. Plaintiff shall file a proposed order consistent with the requests made in the motion to compel no later than April 2, 2018.

DATED: March 19, 2018

_____
C.W. Hoffman, Jr.
United States Magistrate Judge