# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ELMA HENDERSON, | Case No. 2:16-cv-01837-JAD-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| THOMAS ROBERT HUGHES, et al., | |
| Defendants. | |

This matter is before the court on plaintiff Elma Henderson's proposed order (ECF No. 240), filed on March 29, 2018.

The court previously granted plaintiff's unopposed motion to compel and ordered plaintiff to submit a proposed order for the court's consideration. (Mot. to Compel (ECF No. 235); Order (ECF No. 238).) Plaintiff's proposed order does not comply with Local Rule 7-2(f), which requires a party filing a proposed order to certify to the court that it served the proposed order on all opposing parties for approval as to form.[1] The court therefore declines to enter plaintiff's proposed order.

IT IS SO ORDERED.

---

[1] The full text of Local Rule 7-2(f) is as follows:

If the court instructs a prevailing party to file a proposed order, the prevailing party must serve the proposed order on all opposing parties or attorneys for approval as to form. The opposing parties (or, if represented by counsel, their attorneys) then have three days after service of the proposed order to notify the prevailing party of any reason for disapproval; failure to notify the prevailing party within three days of any reason for disapproval will be deemed an approval. The prevailing party must then file the order with the word PROPOSED in the title and must certify to the court that it served the proposed order and that three days have passed and state any reasons for disapproval received (or that none were received). Opposing parties who have timely served reasons for disapproval may file a competing proposed order within three days of being served with notice that the prevailing party filed its proposed order.

IT IS FURTHER ORDERED that defendant Thomas Robert Hughes must respond to the discovery requests identified in plaintiff Elma Henderson's motion to compel (ECF No. 235) by June 1, 2018. Defendant is advised that his responses must comply with the Federal Rules of Civil Procedure and the court's Local Rules of Practice.

DATED: May 1, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE